Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_Southern_ District of _Texas_

_Galveston_ Division

United States Courts
Southern District of Texas
**FILED**

MAY 15 2023

Nathan Ochsner, Clerk of Court

Case No. _____

_(to be filled in by the Clerk's Office)_

_Christopher Michael Pelletier Senior_
Plaintiff(s)
_(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)_

-v-

_Judge Kerry Neves; John D. Kinard;
Sgt. King, Mailroom supervisor;
Nicole Osen; Haley Sloss; Deputy Frank_
Defendant(s)
_(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to
electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social
security number or full birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include _only_: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any
other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in
forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Christopher Michael Pelletier |
| All other names by which you have been known: | |
| ID Number | 02359213 |
| Current Institution | Pam Lychner |
| Address | 2350 Atascocita Road |
| | Humble           Texas        77396 |
| | City              State       Zip Code |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Kerry Neves |
| Job or Title *(if known)* | Judge 10th District Court, Galveston, TX |
| Shield Number | N/A |
| Employer | Galveston County |
| Address | 600 59th St. Ste 4001 |
| | Galveston          TX         77551 |
| | City               State      Zip Code |

[✓] Individual capacity    [✓] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | John D. Kinard |
| Job or Title *(if known)* | District Clerk |
| Shield Number | N/A |
| Employer | Galveston County |
| Address | 600 59th St., Ste 4001 |
| | Galveston          TX         77551 |
| | City               State      Zip Code |

[✓] Individual capacity    [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

| | |
|---|---|
| Name | Nicole Olsen |
| Job or Title *(if known)* | Justice Admin |
| Shield Number | N/A |
| Employer | Galveston County |
| Address | 600 59th St, Ste 4001 |
| | Galveston            TX            77551 |
| | *City*            *State*            *Zip Code* |

☑ Individual capacity   ☑ Official capacity

Defendant No. 4

| | |
|---|---|
| Name | Haley Sloss |
| Job or Title *(if known)* | Court-Appointed Attorney |
| Shield Number | N/A |
| Employer | Galveston County |
| Address | 2404 F.M. 517 East |
| | Dickinson            TX            77539 |
| | *City*            *State*            *Zip Code* |

☑ Individual capacity   ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st Amendment Redress of Grievances ; 4th and 14th Amendments Unreasonable Search and Seizure ; 5th Amendment Due Process, Double Jeopardy, Effective Assistance of Counsel, Bond Reduction, Right to a Fair Trial ; 6th Amendment Right to Impartial Jury & Right to Compulsory Process ; 8th Amendment Excessive Bail, Cruel or Unusual Punishment ; and 14th Amendment Equal Protection, 6th Amendment Right to Defense witnesses

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

Judge Kerry Neves was the trial judge in my case ; John Kinard is the District Clerk in my case and responsible for filing all paperwork involved in my case ; Sgt. King oversees the mailroom and is responsible for seeing that all my mail to the court gets properly delivered to each party involved ; Nicole Olsen is responsible for corresponding between the Court and my attorney ; Haley Sloss was my court appointed counsel responsible for effectively defending me ; Deput Frank was responsible for my access to the Law Library

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

In the Galveston County Jail and Courthouse between 5/1/2020 and 7/2/2021

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Between 5.23.21 and 7.2.21

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

8 timely filed motions to the trial court were intercepted and kept from the Judge; I was denied all of my defense witnesses at trial, resulting in me testifying on my own behalf as the ONLY witness in my favor; the trial attorney only visited me twice before a 25 to Life trial, the 2nd time being the weekend before trial; Twice denied hearing for Bond Reduction; Denied medical, military, banking and medication records for presentation in defense by defense attorney; was denied access to the jail law library the entire 14 months leading up to trial; was tricked into signing an adhesion contract under threat, stress, duress, misrepresentation, and deception

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My mental health has greatly suffered as a direct result of this unlawful charade. Multiple diagnoses for Major Depression, Anxiety and PTSD have pushed me to the brink of suicide on multiple occassions due to a sense of hopelessness and despair in the face of being away from my children and family for 30 years. I've been on SSRI and SNRI medication and had to seek counseling from a licensed trauma therapist for at least the last 12+ months.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want a fair trial and the right to present evidence, records, and witnesses in my own defense, along with direct access to the courts without my communications "disappearing" that are not in favor of the State.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Galveston County Jail in Galveston, Texas

B.     Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.     Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Access to Courts and Counsel (Law Library closed for Covid)
Unlawful Search and Seizure (of "missing" letters to Court)
Right to a fair trial (Denied witnesses / evidence in my Defense)

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.     If you did file a grievance:

1.   Where did you file the grievance?

I filed the grievance at the Galveston County Jail while incarcerated inside of Pod G100A, bunk #31 on 7/22/2021 inside of the blue, wall-mounted, locked box located by the Deputy on Duty Desk which is where we are to place all of our outgoing mail, requests, and grievances

2.   What did you claim in your grievance?

That my access to Courts and Counsel has been violated by not only denying me access to the jail law library, but also by intercepting multiple filings from myself to the Court, resulting in the complete denial of any meaningful defense, research, or help.

3.   What was the result, if any?

The jail said they did nothing wrong

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

No appeal option existed at that time. The grievance process was completed. The jail only provided a Step 1, no Step 2 existed.

F.     If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition.    _____

7.    What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _04.28.2023_

Signature of Plaintiff    _Without Prejudice UCC 1-308_
Printed Name of Plaintiff    _Christopher Michael Pelletier Senior_
Prison Identification #    _02359213_
Prison Address    _2350 Atascocita Road_
_Humble_            _Texas_      _77396_
                  City                                  State         Zip Code

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____
Printed Name of Attorney    _____
Bar Number    _____
Name of Law Firm    _____
Address    _____
_____
                  City                                  State         Zip Code
Telephone Number    _____
E-mail Address    _____