United States District Court
Southern District of Texas
**ENTERED**
August 02, 2023
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

No. 3:23-cv-0150

Christopher Michael Pelletier, Sr., TDCJ #2359213, Plaintiff,

v.

Judge Kerry Neves, et al., Defendants.

## FINAL JUDGMENT

Jeffrey Vincent Brown, *United States District Judge*.

For the reasons stated in the memorandum opinion and order entered this day, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

Signed on Galveston Island this  2nd  day of   August          , 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE